IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RYAN MCGOWAN,<br><br>　　　　Defendant and Judgment Debtor.<br><br>JP MORGAN CHASE BANK, N.A.<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | Case No.:  2:16MC00169-TLN<br><br>**ORDER OF STIPULATED WRIT OF GARNISHMENT (BANK ACCOUNTS)**<br><br>Criminal Case No.: 2:12CR00207-TLN<br><br>No Hearing Requested |

　　　　The Court, having reviewed the court's files and the Parties' Stipulation Regarding Writ of Garnishment (the "Stipulation") and good cause appearing therefrom, hereby APPROVES the Stipulation. ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

　　　　1.　　The United States request for an order of garnishment in the amount of $7,920.00 is GRANTED;

　　　　2.　　JP Morgan Chase Bank, N.A. ("Chase") shall DELIVER, within fifteen (15) days of filing this Order, a cashier's check, money order or company draft in the sum of $7,200.00 drawn from defendant and judgment debtor Ryan McGowan's bank account(s) The instrument of payment must be made payable to the "Clerk of the Court" and delivered to the United States District Court, Eastern

[Proposed] Order of  Stipulated Writ of Garnishment (Bank Accounts)

1

District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Chase Bank shall also state the criminal case number 2:12CR00207-TLN on the payment instrument.

3. Chase Bank shall DELIVER, within fifteen (15) days of the filing of this Order, a cashier's check, money order, or company draft in the sum of $720.00 drawn from defendant and judgment debtor Ryan McGowan's bank account(s). The instrument of payment must be made payable to the "Department of Justice" and mailed to U.S. Department of Justice, Nationwide Central Intake Facility, Post Office 790363, St. Louis, Missouri 63179-0363. Chase Bank **must** state the United States Attorney's Office case number 2017A10764 on this payment instrument.

4. Chase Bank shall RELEASE its hold on the remaining balance of funds to Defendant's control.

5. This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. §3205(c)(10)(B); and

6. Clerk of Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: November 21, 2016

Troy L. Nunley
United States District Judge